ATLANTA MACHINE WORKS *v.* POPE & DYE *et al.*

FISH, J.   1. Grounds of a motion for a new trial which are not approved by the trial judge can not be considered by this court.
2. It is not erroneous for the trial judge to refuse to give a request to charge when such request is not in writing.
3. There was no material error in the charges excepted to, the evidence was sufficient to authorize the verdict, and there was no error in overruling the motion for a new trial.
          *Judgment affirmed. All the Justices concurring.*

Submitted July 24, — Decided August 8, 1900.

Complaint.   Before Judge Gober.   Cherokee superior court. August 23, 1899.

*Mozley & Griffin*, for plaintiff.
*Teasley & Hutcherson*, for defendants.

---

AMICALOLA MARBLE AND POWER COMPANY *v.* COKER.

SIMMONS, C. J.   1. Admissions of the alleged agent of a corporation are not admissible to bind the corporation unless the agency be shown.
2. Agency can not be proved by the declarations of the alleged agent (*Jones v. Harrell*, 110 *Ga.* 373); nor, without other and further proof of agency, are orders for money signed by such alleged agent, or agreed settlements by him of claims against the corporation, admissible in evidence to bind the corporation.          *Judgment reversed. All the Justices concurring.*

Submitted July 24, — Decided August 8, 1900.

Complaint.   Before Judge Candler.   Pickens superior court. September term, 1899.

*Z. D. Harrison* and *J. W. Henley*, for plaintiff in error.
*Morris & Green*, contra.